**FILED**
July 24, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ac
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **OBINNA NLEMADIM,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL NO. SA-25-CV-1262-OLG** |
| **THE CHEESECAKE FACTORY INCORPORATED,** | § | |
| **Defendant.** | § | |

**ORDER**

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation (the "Report") (Dkt. No. 21), filed on March 11, 2026, concerning Defendant's Motion to Compel Arbitration (Dkt. No. 6) and Plaintiff's Consolidated Motions/Deny Arbitration (Dkt. No. 10). Plaintiff filed objections (the "Objections") (Dkt. Nos. 24–25) to the Report, and Defendant filed a response (Dkt. No. 26) thereto.

When a party objects to a magistrate judge's report and recommendation, the district court must conduct a de novo review as to those portions of the report and recommendation to which an objection is made. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Frivolous, conclusory, or general objections need not be considered by the district court. *See Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987). Any portions of the magistrate judge's finding or recommendation that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

The Court has conducted a de novo review of those portions of the Report subject to the Objections and is of the opinion that the Report is correct, and that the Objections are without merit as to Judge Farrer's ultimate findings. Accordingly, the Objections (Dkt. Nos. 24–25) are **OVERRULED**, the Report (Dkt. No. 21) is **ACCEPTED** and, for the reasons set forth therein,

Defendant's Motion (Dkt. No. 6) is **GRANTED**, and Plaintiff's Motion (Dkt. No. 10) is **DENIED**.

**IT IS HEREBY ORDERED** that this case is **REFERRED** to arbitration in its entirety. All deadlines are **STAYED**, and this case is administratively **CLOSED** pending the outcome of arbitration proceedings.

Any other pending motions are **DISMISSED AS MOOT**.

**IT IS SO ORDERED.**

**SIGNED** on July 24, 2026.

ORLANDO L. GARCIA
United States District Judge